## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari, in the above entitled case, it is this 13th day of September, 1985

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to that Court for reconsideration, mandate to issue forthwith with costs to be paid by the appellee.

497 A.2d 483

**Keith K. JACKSON**

v.

**STATE of Maryland.**

**No. 90, Sept. Term, 1985.**

Court of Appeals of Maryland.

Sept. 13, 1985.

Before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari, in the above entitled case, it is this 13th day of September, 1985

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to that Court for reconsideration, in light of *Walczak v. State,* 302 Md. 422, 488 A.2d 949 (1985). Costs to be paid by the appellee.